LIBERTY ENTERPRISES, LLC, Appellant, v ROLAND J. ADAMSONS et al., Respondents. (Appeal No. 2.) [784 NYS2d 430]— Appeal from an order of the Supreme Court, Herkimer County (Michael E. Daley, J.), entered December 18, 2003. The order denied plaintiff's motion to vacate the judgment of foreclosure and sale.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see* CPLR 5501 [a] [1]). Present—Pine, J.P., Hurlbutt, Scudder, Martoche and Lawton, JJ.